ACCEPTED
03-14-00661-CV
6777181
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/3/2015 9:53:44 AM
JEFFREY D. KYLE
CLERK

# ROGER B. BORGELT, ATTORNEY AT LAW
## BORGELT LAW

614 S. CAPITAL OF TEXAS HIGHWAY
SUITE A
AUSTIN, TEXAS 78746
www.borgeltlaw.com

**ROGER B. BORGELT**
PRINCIPAL

WRITER'S PHONE & EMAIL:

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
9/3/2015 9:53:44 AM
JEFFREY D. KYLE
Clerk

September 3, 2015

Mr. Jeffrey D. Kyle, Clerk
Third Court of Appeals
209 W. 14th Street
Austin, Texas 78701

Re: No. 03-14-00661-CV; *Devvy Kidd, et al. v. Texas Public Utilities Commission*

Dear Mr. Kyle:

I will be arguing on behalf of Appellants, Devvy Kidd, et al. The required three copies of our briefing will be delivered to the Court on or before the September 8th deadline indicated.

Please call if you have questions.

Sincerely yours,

/s/ Roger B. Borgelt
**Roger B. Borgelt**
**Borgelt Law**
614 S. Capital of Texas Hwy.
Austin, TX 78746
O: 512.600.3467
Mobile: 512.870.7533
SBN:02667960
E: roger@borgeltlaw.com

cc:  *Via E-mail:*
Ms. Kellie E. Billings-Ray--kellie.billings-ray@texasattorneygeneral.gov
Mr. Jason M. Ryan --jason.ryan@centerpointenergy.com
Ms. Stephanie Sparks -- ssparks@jw.com
Mr. Patrick Cowlishaw -- pcowlishaw@jw.com
Mr. Dale Wainwright --dale.wainwright@bgllp.com
Mr. W. Stephen Benesch --steve.benesh@bgllp.com
Mr. Davison W. Grant -- davison.grant@bgllp.com
Ms. Jo Ann Biggs -- jbiggs@velaw.com
Mr. Cortney C. Thomas -- cthomas@velaw.com
Mr. Scott Seamster -- scott.seamster@pnmresources.com
Mr. Patrick Pearsall -- ppearsall@dwmrlaw.com
Ms. Rhonda Colbert Ryan -- rcryan@aep.com